UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-1349-JST (JPRx)            Date:  January 15, 2013
Title:  Francois P. Bui v. Craig G. Cote, et. al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                        Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(F) REPORT**

On December 17, 2012, the Court continued the scheduling conference in this case to January 25, 2013, and ordered the "Joint 26(f) Report . . . due two weeks prior to the new conference date . . ." (Doc. 8.)  As of the date of this Order, no Joint 26(f) Report has been filed.  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for the failure to submit a Joint Rule 26(f) Report.  No later than **January 18, 2013, 12:00 p.m.,** counsel shall submit a Joint Rule 26(f) Report, and a separate written response explaining why they have failed to comply with the Court's filing deadlines.

Initials of Preparer:  enm