UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-1349-JST (JPRx)                                                  Date:  January 23, 2013

Title:  Francois P. Bui v. Craig G. Cote, et. al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  |           N/A          |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) TO SHOW CAUSE AND (2) VACATING SCHEDULING CONFERENCE**

On January 15, 2013, the Court ordered that "no later than **January 18, 2013, 12:00 p.m.**, counsel shall submit a Joint Rule 26(f) Report, and a separate written response explaining why they have failed to comply with the Court's filing deadlines." (Doc. 9)  As of the date of this Order, neither the Joint 26(f) report nor the separate written response has been filed.

The Court hereby orders the parties to show cause why the Court should not dismiss this action for failure to prosecute and for failure to comply with the Court's orders.  Failure to submit an adequate response by **February 1, 2013, 12:00 p.m.**, will result in the immediate dismissal of this case.

The scheduling conference scheduled for January 25, 2013 is hereby VACATED.

Initials of Preparer:  enm