JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-1349-JST (JPRx)                               Date:  March 5, 2013
Title:  Francois P. Bui v. Craig G. Cote, et. al

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE**

     On January 23, 2013, the Court ordered parties to show cause why the Court should not dismiss this action for failure to prosecute and for failure to comply with the Court's orders. ("OSC," Doc. 10.)  It stated that "failure to submit an adequate response by **February 1, 2013, 12:00 p.m.** w[ould] result in the immediate dismissal of this case." (*Id*.)  As of the date of this order, the parties have not submitted any response to the Court's OSC.  Accordingly, this case is DISMISSED.

                                                                    Initials of Preparer:  enm